

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2020

No. 04-20-00499-CV

**WEEKS MARINE COMPANY, LLC**.,
Appellant

v.

David **LANDA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-197
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

On October 14, 2020, appellant filed a (1) Motion Recommending Admission *Pro Hac Vice* and (2) an original and an Unopposed Amended Non-Resident Attorney's Motion for Admission *Pro Hac Vice*, each requesting this court to allow Ms. Jennifer A. David to appear *pro hac vice* to serve as appellate co-counsel for appellant. The motions are GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court